**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

|  |  |  |
|---|---|---|
| WALLACE DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-cv-00014 (LMB/IDD) |
| UNITED STATES, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

The parties hereby notify the Court that they have reached settlement of all claims, and they therefore stipulate to dismissal of this action.

Respectfully submitted,

/s/ *Maxwelle C. Sokol*
Maxwelle C. Sokol, #89589
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
Telephone: (703) 684-1100
Facsimile: (703) 684-1104
E-mail: vmg@robinhoodesq.com
E-mail: msokol@robinhoodesq.com
Counsel for the Plaintiff

*Attorneys for Plaintiff*

                      JEFFERSON B. SESSIONS, III
                      United States Attorney General

                      CHANNING D. PHILLIPS
                      United States Attorney for the District of Columbia

                      DANIEL F. VAN HORN, D.C. Bar #924092
                      Civil Chief

                      _____/s/____*Damon W. Taaffe*_____
                      JENNIFER A. SHORT, VSB#39702
                      DAMON W. TAAFFE (admitted *pro hac vice*)
                      Special Attorneys to the Attorney General
                      Judiciary Center Building
                      555 Fourth Street, N.W. – Civil Division
                      Washington, D.C. 20530
                      Tel: (202) 252-2529
                      jennifer.short@usdoj.gov
                      damon.taaffe@usdoj.gov

June 12, 2017              *Attorneys for Defendant United States*